1  SO. CAL. EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 205-6560
4  cm@SoCalEAG.com

5  Attorneys for Plaintiff
   LEEMANUEL WEILCH
6

7           UNITED STATES DISTRICT COURT
8           CENTRAL DISTRICT OF CALIFORNIA

9
10 LEEMANUEL WEILCH,                    Case No.: 2:25-cv-09504
11         Plaintiff,
                                        **NOTICE OF VOLUNTARY
12    vs.                               DISMISSAL OF ENTIRE ACTION
                                        WITH PREJUDICE**
13 LUCKY FINDS VINTAGE & DENIM;
14 ROBERT A. BARRY, AS TRUSTEE OF
   THE ROBERT ALAN AND BARBARA
15 ANN BARRY LIVING TRUST; and
16 DOES 1 to 10,
17         Defendants.
18

19
20    **PLEASE TAKE NOTICE** that Plaintiff LEEMANUEL WEILCH ("Plaintiff")
21 pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses
22 the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)
23 which provides in relevant part:
24    (a) **Voluntary Dismissal.**
25         (1)  *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66
26              and any applicable federal statute, the plaintiff may dismiss an action
27              without a court order by filing:
28

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: November 10, 2025          **SO. CAL. EQUAL ACCESS GROUP**

By: ___/s/ *Jason J. Kim*___
       Jason J. Kim, Esq.
       Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**